RECVD*05 DEC 16 16:19 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR No. 05-60041-AA |
| Plaintiff. | ) | |
| | ) | **ORDER FOR RULE 35 DOWNWARD** |
| v. | ) | **DEPARTURE** |
| | ) | |
| JODY DWAYNE DINICOLA, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on motion of the government for a Rule 35 downward departure, and the Court now being fully advised in the premises,

IT IS HEREBY ORDERED that defendant Jody Dwayne Dinicola's sentence be reduced from 37 months imprisonment to 30 months imprisonment.

DATED this 19 day of December, 2005.

_____
United States District Court Judge

1 - ORDER FOR RULE 35 DOWNWARD DEPARTURE

Presented by:

KARIN JL. IMMERGUT
United States Attorney

By _____
KIRK A. ENGDALL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney in Eugene, Oregon, and is of such age and discretion to be competent to serve papers.

That on the 16 day of December, 2005, she served a true and exact copy of proposed ORDER FOR RULE 35 DOWNWARD DEPARTURE, by placing said copy in a postpaid envelope addressed to the person at the place and address shown below, which is the last known address, and deposited said envelope in the United States mail in Eugene, Oregon:

## ADDRESSEE

Terri Wood
Attorney at Law
730 Van Buren St.
Eugene, OR 97401

and by Facsimile No. 485-5923

_____
TRUDYLEE A. FLEMING
Legal Assistant